1902.) Certiorari by the people, on the relation of Edward M. Grout, as comptroller, against William E. Stillings and others, as commissioners, and Alexander D. Duff and others, claimants, to review an award of damages to lands by reason of a change of grade of the street on which they front. Award confirmed. Robert C. Beatty, for relator. John C. Coleman, for respondents.

PEOPLE ex rel. GROUT, Comptroller, v. STILLINGS et al. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Certiorari by the people, on the relation of Edward M. Grout, as comptroller of the city of New York, against William E. Stillings and others, as commissioners, etc., and William H. Mountfort, claimant, to review an award of damages to lands by reason of a change of grade of a street. Award confirmed. Robert C. Beatty, for relator. A. Edward Woodruff, for respondents.

PER CURIAM. This is a writ of certiorari to review an award made by commissioners, under chapter 537 of the Laws of 1893, and chapter 567 of the Laws of 1894, to William H. Mountfort for damages to his premises on Vanderbilt avenue, between 170th and 171st streets, caused by a change of grade of that avenue. The questions presented are the same as those discussed and decided in the case of People v. Stillings, 78 N. Y. Supp. 333. The claim in this case was filed on the 18th day of December, 1894. The award should be confirmed, with $50 costs and disbursements on the authority of the opinion in that case.

VAN BRUNT, P. J., dissents.

PEOPLE ex rel. LONG ISLAND R. CO. v. BOARD OF RAILROAD COM'RS OF NEW YORK et al. (Supreme Court, Appellate Division, Third Department. September 3, 1902.) Proceedings by the people of the state of New York, on the relation of the Long Island Railroad Company against the board of railroad commissioners of the state of New York and the Cross Country Railroad Company. No opinion. Motion granted.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. KNIGHT, State Comptroller. (Supreme Court, Appellate Division, Third Department. September 16, 1902.) Proceedings by the people of the state of New York, upon the relation of the New York Central & Hudson River Railroad Company, against Erastus C. Knight, as comptroller of the state of New York.

PER CURIAM. Decision of July 8, 1902 (77 N. Y. Supp. 401), is hereby corrected, so as to read as follows: "Determination of the comptroller modified, by reducing the tax to $129,988.93, and, as so modified, confirmed, with $50 costs and disbursements to the relator."

PEOPLE ex rel. NEW YORK & R. R. CO. v. BOARD OF RAILROAD COM'RS et al. (Supreme Court, Appellate Division, Third Department. September 3, 1902.) Proceedings by the people of the state of New York, on the relation of the New York & Rockaway Railroad Company, against the board of railroad commissioners and the Cross Country Railroad Company. No opinion. Motion granted.

PEOPLE ex rel. QUIGG v. SMITH, Clerk. (Supreme Court, Appellate Division, First Department. October 17, 1902.) Proceedings by the people of the state of New York, on the relation of John Quigg, against Thomas F. Smith, clerk, etc. No opinion. Motion to dismiss appeal granted, without costs.

PEOPLE ex rel. SEELYE, Appellant, v. SEELYE, Respondent. (Supreme Court, Appellate Division, Second Department. October 10, 1902.) Proceedings by the people of the state of New York, on the relation of Mary Whitacre Seelye, against Thomas Taylor Seelye. No opinion. Order affirmed, without costs.

PEOPLE ex rel. TUPPER LAKE WATER CO. v. SISSON et al., Town Auditors. (Supreme Court, Appellate Division, Third Department. September 16, 1902.) Proceedings by the people of the state of New York, on the relation of the Tupper Lake Water Company, against Charles H. Sisson and others, as town auditors, etc., of the town of Altamont, Franklin county, N. Y. No opinion. Motion to amend order denied, with $10 costs.

PEOPLE ex rel. UNITED TRACTION CO. et al. v. BOARD OF RAILROAD COM'RS OF NEW YORK et al. (Supreme Court, Appellate Division, Third Department. September 3, 1902.) Proceedings by the people of the state of New York, on the relation of the United Traction Company and others, against the board of railroad commissioners of the state of New York and others. No opinion. Determination of the railroad commissioners confirmed, with $50 costs and disbursements.